JEAN H. HIGH v. CLARENCE MARSHALL HIGH

No. 7411DC19

(Filed 6 March 1974)

APPEAL by defendant from *Godwin, District Judge,* 20 March 1973 Session of District Court held in JOHNSTON County.

Action for alimony and support for two minor children. Plaintiff waived alimony. Defendant's answer admitted that he had an annual salary of $7500.00 plus a bonus. On cross-examination, he admitted that his gross salary is $775.00 per month plus an annual bonus of approximately ten percent of his salary. The court awarded plaintiff exclusive possession of the former home of the parties, ordered defendant to pay the monthly installments on the indebtedness on that property in the amount of $212.00, ordered defendant to pay $50.00 per month for the support of each child, restrained defendant from going on the

premises occupied by plaintiff and ordered defendant to pay plaintiff's counsel $300.00.

*L. Austin Stevens for plaintiff appellee.*

*Corbett & Corbett by Albert A. Corbett, Jr., for defendant appellant.*

VAUGHN, Judge.

The testimony at trial was not officially recorded, and the case on appeal was finally settled by the trial judge. It may well be, as contended by defendant, that not all of the court's findings of fact are supported by the record before us. It is clear, nevertheless, that the record does support those findings which are essential to the order entered and that no abuse of discretion has been shown.

Affirmed.

Judges BRITT and PARKER concur.